B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re Heather Tucker aka Heather Stumpf,
Debtor

Case No. 12-59349

Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ocwen Loan Servicing, LLC

**Court claim no.** (if known): 4

**Last four digits** of any number you use to identify the debtor's account: 7 6 2 2

**Date of payment change:** 02/01/2014
Must be at least 21 days after date of this notice

**New total payment:** $ 651.22
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 0.00    **New escrow payment:** $ 0.00

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No
☑ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** 6.50000 %    **New interest rate:** 6.37500 %

**Current principal and interest payment:** $ 661.65    **New principal and interest payment:** $ 651.22

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

❏ I am the creditor.　　　❏ I am the creditor's authorized agent.
　　　　　　　　　　　　　(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ /s/ Mary K. Atallah　　　　　　　　　　　　　　　　Date  12/18/2013
　Signature　　　　　　　　　　　　　　　　　　　　　　　　　mm/dd/yyyy

**Print:**　　Mary　　　　　K.　　　　Atallah　　　　　Title  Attorney for Creditor
　　　　　　First Name　　Middle Name　　Last Name

Company　　Potestivo & Associates, P.C.

Address　　811 South Boulevard, Suite 100
　　　　　　Number　　　　Street

　　　　　　Rochester Hills　　　　　MI　　　48307
　　　　　　City　　　　　　　　　　　State　　ZIP Code

Contact phone  (248) 853-4400　　　　　　　　　　　Email  matallah@potestivolaw.com



WWW.OCWEN.COM

12/11/2013

Loan Number     xxxxxx7622
Case Number     12-59349

Heather A Tucker
20053 Steven Dr
Brownstwn Twp, MI 48183

**RE:**     **Adjustable Rate Mortgage Change Notice**

Dear Borrower(s):

In accordance with the terms of your adjustable rate mortgage, please be advised that on 2/1/2014 the principal and interest portion of your payment amount on your loan will change from $ 661.65 to $ 651.22, which excludes your escrow amount, if any.

| | |
|---|---|
| Effective Date of the New Payment | 2/1/2014 |
| New Principal & Interest Payment Amount | $ 651.22 |
| Escrow Payment Amount | $ 0.00 |
| Optional Insurance Payment Amount | $ 0.00 |
| New Total Monthly Payment Amount | $ 651.22 |

The principal balance on your loan as of this date will be $114,868.35 (assuming timely payment of all preceding payments). Please be advised this figure does not represent a payoff quote.

Your new interest rate will be 6.37500%, which was based on an index value of 0.34680%. Your previous payment amount was calculated using an interest rate of 6.50000%, which was based on the previous index value of 0.41426%.

You should be aware that your overall monthly payment could change on a separate date as a result of any increases or decreases in real estate taxes and/or insurance. If you have any questions relating to this notice, please contact our Customer Care Center with any questions at (800) 746-2936 . We are available Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,

Ocwen Loan Servicing, LLC

___

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

NMLS # 1852
BKARMNOTICE

IN RE:

   Heather Tucker                                                     Case No.: 12-59349
      *aka* Heather Stumpf                                  Judge Steven W. Rhodes
                                                                   Chapter 13

     Debtor,
_____/

Potestivo & Associates, P.C.
By: Mary K. Atallah (P75273)
Attorney for Ocwen Loan Servicing, LLC
811 South Blvd. Suite 100
Rochester Hills, MI 48307
(248) 853-4400
matallah@potestivolaw.com

Jesse R. Sweeney (P60941)
30555 Southfield, Suite 400
Southfield, MI 48076
(586) 909-8017
Sweeneylaw2005@yahoo.com
_____/

## **PROOF OF SERVICE**

     I, Tong Thao, state that on the 18th day of December 2013, I served a copy of the Notice of Mortgage Payment Change and Proof of Service of same upon:

| | | |
|---|---|---|
| Jesse R. Sweeney | Krispen S. Carroll, Trustee | Heather Tucker |
| 30555 Southfield, Suite 400 | 719 Griswold | 20053 Stevens |
| Southfield, MI 48076 | 1100 Dime Building | Trenton, MI 48183 |
| | Detroit, MI 48226 | |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptable in the City of Rochester Hills, Stae of Michigan to Debtor and via CM-ECF electronic filing to the Debtor's Attorney and the Trustee.

                                                             */s/ **Tong Thao***
                                                             Tong Thao
                                                             Employee of Potestivo & Associates, P.C.
                                                            811 South Boulevard, Suite 100
                                                             Rochester Hills, MI 48307
                                                            (248) 853-4400
                                                            tthao@potestivolaw.com